BENJAMIN B. WAGNER
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00531-MCE |
|  | ) |  |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
|  | ) | FORFEITURE |
| v. | ) |  |
|  | ) |  |
| YUE XIONG, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

Based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Yue Xiong, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    1.  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), plaintiff hereby applies for entry of a Preliminary Order of Forfeiture as to the following property:

        a)  Helwan 9mm semiautomatic pistol, (Serial Number 1164467).

    2.  The above-listed property constitutes a firearm involved or used in the knowing violation of 18 U.S.C. § 922(g)(1).

1

1     3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2 designee) shall be authorized to seize the above-listed property.
3 The aforementioned property shall be seized and held by the
4 Bureau of Alcohol, Tobacco, Firearms and Explosives in its secure
5 custody and control.
6     4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21
7 U.S.C. § 853(n), and Local Rule 171, the United States shall
8 publish notice of the order of forfeiture.  Notice of this Order
9 and notice of the Attorney General's (or a designee's) intent to
10 dispose of the property in such manner as the Attorney General
11 may direct shall be posted for at least 30 consecutive days on
12 the official internet government forfeiture site
13 www.forfeiture.gov.  The United States may also, to the extent
14 practicable, provide direct written notice to any person known to
15 have alleged an interest in the property that is the subject of
16 the order of forfeiture as a substitute for published notice as
17 to those persons so notified.
18          b.   This notice shall state that any person, other
19 than the defendant, asserting a legal interest in the above-
20 listed property, must file a petition with the Court within sixty
21 (60) days from the first day of publication of the Notice of
22 Forfeiture posted on the official government forfeiture site, or
23 within thirty (30) days from receipt of direct written notice,
24 whichever is earlier.
25 ///
26 ///
27 ///
28 ///

2

///

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: April 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE