1  BENJAMIN B. WAGNER
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00531-MCE |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| YUE XIONG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS, on or about April 14, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff and defendant Yue Xiong forfeiting to the United States the following property:

        a)   Helwan 9mm semiautomatic pistol, (Serial Number 1164467).

AND WHEREAS, beginning on May 12, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice

1  advised all third parties of their right to petition the court
2  within sixty (60) days from the first day of publication of the
3  notice for a hearing to adjudicate the validity of their alleged
4  legal interest in the forfeited property;

5      AND WHEREAS, the Court has been advised that no third party
6  has filed a claim to the subject property, and the time for any
7  person or entity to file a claim has expired.

8      Accordingly, it is hereby ORDERED and ADJUDGED:

9      1.  A Final Order of Forfeiture shall be entered forfeiting
10 to the United States of America all right, title, and interest in
11 the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and
12 28 U.S.C. § 2461(c), to be disposed of according to law,
13 including all right, title, and interest of Yue Xiong.

14     2.  All right, title, and interest in the above-listed
15 property shall vest solely in the United States of America.

16     3.  The Bureau of Alcohol, Tobacco, Firearms and Explosives
17 shall maintain custody of and control over the subject property
18 until it is disposed of according to law.

19     IT IS SO ORDERED.

20 Dated: August 24, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE